No. 96–1073. MATTA-BALLESTEROS, AKA MATTA-LOPEZ v. UNITED STATES (three judgments). C. A. 9th Cir. Certiorari

denied.